Filed 01/12/17
Clerk, U. S. District Court
Western District of Texas
By [signature] Deputy

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
Jorge Alberto ORTIZ-Martinez
AXXX XXX 155

*Defendant(s)*

Case No. SA17-MJ-0038

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 21, 2016 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(2) | Being an alien, was found in the United States having been denied admission, excluded, deported, and removed therefrom on or about June 26, 2015, and that the defendant had not received the consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4), and 557) to reapply for admission to the United States, being voluntarily in the United States unlawfully. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

George Kawli; Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 12, 2017

[signature]
*Judge's signature*

City and state: San Antonio, Texas

Honorable John W. Primomo, U.S. Magistrate Judge
*Printed name and title*

Maximum Penalties:
20 years confinement, $250,000 Fine or Both; 3 years supervised release, $100 mandatory special assessment

# AFFIDAVIT

Being duly sworn, I declare that the following is true and correct to the best of my knowledge.

My name is George Kawli and I am a Deportation Officer with Immigration and Customs Enforcement (ICE) and with whom I have been employed since February 20, 2007. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

On October 21, 2016 Jorge Alberto ORTIZ-Martinez, (ORTIZ), was encountered at the San Antonio Magistrates Office in San Antonio, Texas, subsequent to an arrest for Possession of Marijuana. It was determined that ORTIZ was a foreign born national present within the United States illegally, but an Immigration Detainer could not be issued before he was released from custody. On January 11, 2017, ORTIZ, was re-encountered near the intersection of West Medina Street and West Salinas Street in San Antonio, Texas by Immigration and Customs Enforcement Officers.

ORTIZ was transported to the ICE office in San Antonio for processing. ORTIZ's fingerprints were submitted through the Immigration and FBI databases which verified his identity. The databases also revealed that ORTIZ was a citizen or national of Honduras with assigned Alien Registration Number AXXX XXX 155. A review of the Alien Registration File for AXXX XXX 155, indicated that ORTIZ was an alien previously removed from the United States to Honduras on or about June 26, 2015. ORTIZ was advised about his Miranda Rights.

Immigration databases also revealed that ORTIZ has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, after deportation/removal.

The defendant was advised about his right to a consular notification and the Consulate of Honduras was notified about ORTIZ's arrest on January 11, 2017.

Record checks indicate that ORTIZ has two separate convictions for 8 USC 1326; Illegal Re-Entry Into the United States. The first one being on June 11, 2008 for which ORTIZ received 21 Month confinement. The second one being on February 06, 2015 for which ORTIZ received 21 Month confinement.

Furthermore, on April 8, 1996 ORTIZ was convicted of 1st Degree Burglary in the Superior Court of California, County of Los Angeles for which ORTIZ received 4 year confinement.

George Kawli
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn before me the 12th day of January, 2017.

United States Magistrate Judge
Honorable John W. Primomo